*1150 516 U. S. 1112;
516 U. S. 1074;
516 U. S. 1113;
*1151 No. 95-914.
No. 95-1005.
No. 95-1066.
No. 95-1091.
No. 95-1120.
No. 95-1149.
No. 95-6851.
No. 95-7024.
No. 95-7033.
No. 95-7037.
No. 95-7047.
No. 95-7055.
No. 95-7065.
No. 95-7096.
No. 95-7101.
No. 95-7102.
No. 95-7121.
No. 95-7144.
No. 95-7187.
No. 95-7192.
No. 95-7210.
No. 95-7271.
No. 95-7287.
No. 95-7298.
No. 95-7365.
516 U. S. 1141;
516 U. S. 1117;
516 U. S. 1159;
516 U. S. 1119;
516 U. S. 1147;
516 U. S. 1147;
516 U. S. 1122;
516 U. S. 1124;
516 U. S. 1124;
516 U. S. 1124;
516 U. S. 1124;
516 U. S. 1125;
516 U. S. 1148;
516 U. S. 1125;
516 U. S. 1126;
516 U. S. 1126;
516 U. S. 1126;
516 U. S. 1127;
516 U. S. 1129;
516 U. S. 1129;
516 U. S. 1129;
516 U. S. 1132;
516 U. S. 1133;
516 U. S. 1149;
516 U. S. 1157;
*1152 No. 95-7380.
No. 95-7388.
No. 95-7402.
No. 95-7470.
No. 95-7489.
No. 95-7567.
No. 95-7611.
No. 95-7624.
No. 95-7631.
No. 95-7788.
No. 95-7813.
516 U. S. 1135;
516 U. S. 1145;
516 U. S. 1136;
516 U. S. 1138;
516 U. S. 1149;
516 U. S. 1150;
516 U. S. 1151;
516 U. S. 1163;
516 U. S. 1163;
516 U. S. 1157; and
516 U. S. 1166. Petitions for rehearing denied.